UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. MUNGUIA, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-0789 GEB AC P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On October 20, 2016, plaintiff filed a motion requesting a settlement conference.  ECF No. 99.  On March 20, 2017, plaintiff filed a motion requesting a telephone conference if the court did not issue a "transport order" to provide for his attendance at a settlement conference.  ECF No. 107.  This case has been set for a settlement conference before Magistrate Judge Stanley A. Boone on May 25, 2017 at 11:00 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #9.  ECF No. 108.  The court has issued a Writ of Habeas Corpus ad Testificandum to provide for plaintiff's attendance at the settlement conference.  ECF No. 109.  Therefore, plaintiff's motions are now moot.

////

////

////

1

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion
2 requesting a settlement conference (ECF No. 99) and motion for a telephone conference (ECF
3 No. 107) are denied as moot.
4 DATED: April 3, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE