# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>        Plaintiff,<br><br>v.<br><br>M. MUNGUIA, et al.,<br><br>        Defendants. | Case No.: 2:14-cv-00789-GEB AC (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED MARCH 24, 2017<br><br>[ECF No. 109] |

Plaintiff Jonathan Grisby is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 24, 2017, the Court issued an order and writ of habeas corpus ad testificandum to transport Plaintiff for a settlement conference on May 25, 2017. By separate order, the settlement conference has been continued to June 20, 2017, at 10:15 a.m. Therefore, the writ of habeas corpus ad testificandum to transport Plaintiff on May 25, 2017, is vacated and a new order will be issued.

IT IS SO ORDERED.

Dated: __**April 25, 2017**__

                                                              UNITED STATES MAGISTRATE JUDGE