# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>        Plaintiff,<br><br>   v.<br><br>M. MUNGUIA, et.al.,<br><br>        Defendants. | Case No. 2:14-cv-00789-GEB-AC (PC)<br><br>ORDER THAT INMATE JONATHAN GRIGSBY IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A settlement conference in this matter commenced on June 20, 2017, inmate Jonathan Grigsby CDCR Inmate No. T-61830, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **June 20, 2017**

UNITED STATES MAGISTRATE JUDGE

1