# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY, <br><br> Plaintiff, <br><br> v. <br><br> M. MUNGUIA, et. al., <br><br> Defendants. | Case No. 2:14-cv-00789-GEB-AC (PC) <br><br> ORDER FOLLOWING SETTLEMENT; VACATING DATES; AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On June 20, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within five (5) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **June 20, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1